IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN TALAMANTEZ,

    Petitioner,

vs.

PLEASANT VALLEY STATE PRISON, et al.,

    Respondent.

No. CIV S-07-0234 GEB KJM P

1:07-CV-0253 LJO DLB HC

ORDER

    Plaintiff is a state prisoner proceeding pro se. He has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254.[1] However, in the body of the action, petitioner does not challenge his conviction, but rather alleges that several correctional officers assaulted him. It appears, therefore, that petitioner is pursuing a civil rights action under 42 U.S.C. § 1983. The alleged violations of petitioner's civil rights took place in Fresno County, which is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 3-120(d).

/////

/////

---

[1] Plaintiff has not filed an application to proceed in forma pauperis or paid the filing fee.

1

1       Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in
2 the proper division of a court may, on the court's own motion, be transferred to the proper
3 division of the court. Therefore, this action will be transferred to the Fresno Division of the
4 court.
5       Good cause appearing, IT IS HEREBY ORDERED that:
6       1. This action is transferred to the United States District Court for the Eastern
7 District of California sitting in Fresno; and
8       2. All future filings shall reference the new Fresno case number assigned and
9 shall be filed at:

      United States District Court
      Eastern District of California
      2500 Tulare Street
      Fresno, CA 93721

13 DATED: February 15, 2007.

      _____
      U.S. MAGISTRATE JUDGE

2
talu034.22